IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

ROGER LYNN BEASON, JR., )
)
        Petitioner, )
) Civil No. 09-1346-TC
  v. )
) ORDER
BRIAN BELLEQUE, )
)
        Respondent. )
)

    Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on November 3, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. Petitioner's petition (#2) is denied. This proceeding is dismissed. The clerk of court is directed to enter judgment accordingly.

DATED this ____ day of ___Dec.___, 2011.

_____
United States District Judge

2   - ORDER